IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRAXXAS LP, | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| v. | § | 4:15-CV-00052 |
| | § | |
| AMAZON.COM, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF DISMISSAL

The Parties having settled this case, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Traxxas LP, by and through its undersigned counsel, hereby dismisses this action, including all claims, with prejudice.

Respectfully submitted,

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Texas State Bar No. 15154300
Oake Law Office
825 Market Street, Suite 250
Allen, Texas 75013
(214) 207-9066
rgo@oake.com

Attorney for Plaintiff Traxxas LP.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on March 16, 2015.

/s/ Robert G. Oake, Jr.
Attorney for Plaintiff Traxxas LP.